**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


IN RE: PLAVIX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION (NO. II)                                     MDL No. 2418


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO −26)**


On February 12, 2013, the Panel transferred 7 civil action(s) to the United States District Court for
the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.
§1407. *See* 923 F.Supp.2d 1376 (J.P.M.L. 2013). Since that time, 70 additional action(s) have been
transferred to the District of New Jersey. With the consent of that court, all such actions have been
assigned to the Honorable Freda L Wolfson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of New Jersey and assigned to Judge
Wolfson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the
District of New Jersey for the reasons stated in the order of February 12, 2013, and, with the consent
of that court, assigned to the Honorable Freda L Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 25, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I ___ ___ CERTIFY that the above and
f___ ___ ___g is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
                    Deputy Clerk

IN RE: PLAVIX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION (NO. II)                                          MDL No. 2418

## SCHEDULE CTO−26 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

CALIFORNIA NORTHERN

| CAN | 3 | 14−02515 | Blair et al v. Bristol−Myers Squibb Company et al |
| CAN | 3 | 14−02652 | Sanders et al v. Bristol−Myers Squib Company et al |
| CAN | 4 | 14−02654 | Meyer et al v. Bristol−Myers Squibb Company, et al |
| CAN | 3 | 14−02655 | Terry et al v. Bristol−Myers Squibb Company et al |
| CAN | 4 | 14−02656 | Search et al v. Bristol−Myers Squibb Company et al |
| CAN | 3 | 14−02651 | Brown et al v. Bristol−Myers Squibb Company et al |
| CAN | 3 | 14−02657 | Evans et al v. Bristol−Myers Squibb Company et al |